AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

___FILED ___ENTERED
___LODGED ___RECEIVED

SG AUG 15 2019

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____DEPUTY

Aretha D. Brown
_____
*Plaintiff(s)*

v.

Amazon-Flex
_____
*Defendant(s)*

Civil Action No. 19 CV-01287 RSM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Amazon.Com Inc.
C/o Littler Mendelson, P.C.
Neil Alexander, Shareholder
2301 McGee Street, Suite 800
Kansas City, MO 64108

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Listed under defendant's tag on here: Neil Alexander, Esq.
2301 McGee St., Ste. 800
Kansas City, MO 64108

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 08/15/19

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any) **Brown Vs. Amazon-Flex et.al.**
was received by me on (date) **08/15/19**.

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is
designated by law to accept service of process on behalf of (name of organization) _____
_____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other (specify): **Regular U.S. Mail**

My fees are $ **N/A** for travel and $ **N/A** for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **08/15/19**

*Aretha D. Brown*
Server's signature

**Aretha P. Brown**
Printed name and title

**5832 Cady Road, Everette, WA 98203-3727**
Server's address

Additional information regarding attempted service, etc: