**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

WILLIAM M. MCCOOL
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

August 19, 2019

Aretha Denise Brown
5832 CADY RD
EVERETT, WA 98203−3727

Your civil action *Brown v. Amazon−Flex/Amazon.com Inc* was filed in the U.S. District Clerk's office at Seattle on August 15, 2019.

Your case has been assigned Case Number **2:19−cv−01287−RSM,** and has been assigned to Judge Ricardo S. Martinez, Presiding Judge

*All future correspondence with the Court must contain the entire case number as indicated above.*

Thank you,

WILLIAM M. MCCOOL, *Clerk*

s/*Deputy Clerk*

cc: file