UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ARETHA D. BROWN,

        Plaintiff,

v.

AMAZON-FLEX/AMAZON.COM, INC.,

        Defendant.

CASE NO. C19-1287-RSM

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Mary Alice Theiler, United States Magistrate Judge:

Plaintiff's application to proceed *in forma pauperis* (IFP) (Dkt. 3) is deficient in failing to provide complete information regarding her income and expenses. A description of "unknown" salaries is not sufficient. (*Id*. at 1.) Plaintiff must submit a revised application within **twenty (20) days** of the date of this Order. She must identify the amounts of her current and last salary and explain how she meets all basic monthly expenses, including food, shelter, transportation, and utilities. Failure to comply may result in denial of IFP and/or dismissal.

DATED this 27th day of August, 2019.

        WILLIAM M. MCCOOL, Clerk

        By: s/ Paula McNabb
            Deputy Clerk

MINUTE ORDER
PAGE - 1