UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ARETHA DENISE BROWN,

      Plaintiff,

 v.

AMAZON-FLEX/AMAZON.COM INC.,

      Defendant.

CASE NO. C19-1287-RSM

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

Because plaintiff does not appear to have funds available to afford the $400.00 filing fee, plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, plaintiff's amended IFP application (Dkt. 5) is GRANTED. The Clerk of the Court is directed to send a copy of this Order to plaintiff and to the assigned District Judge.

DATED this 17th day of September, 2019.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING IFP APPLICATION
PAGE - 1