UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARETHA DENISE BROWN, | Case No. C19-1287RSM |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT |
| v. | |
| AMAZON-FLEX/AMAZON.COM, INC., | |
| Defendant. | |

*Pro se* Plaintiff Aretha Denise Brown has been granted leave to proceed *in forma pauperis* in this matter. Dkt. #6. The Complaint was posted on the docket on September 17, 2019. Dkt. #7. Summonses have not yet been issued.

Ms. Brown brings this case against Amazon-Flex and/or Amazon.com, Inc. She alleges discrimination in employment in violation of Title VII of the Civil Rights Act of 1964 and the Americans with Disabilities Act ("ADA"), as well as misclassification of employment. However, the Complaint appears to be lacking a statement of facts, and the requested relief section refers to "all damages as indicated in WA Labor + Industries Claims for Injury #ZB28234 + #137121 Wage etc." *See* Dkt. #7. There is no attached statement of facts on the record.

ORDER DIRECTING PLAINTIFF TO AMEND COMPLAINT - 1

The Court will dismiss a Complaint at any time if the action fails to state a claim, raises frivolous or malicious claims, or seeks monetary relief from a defendant who is immune from such relief. *See* 28 U.S.C. § 1915(e)(2)(B).

As it currently stands, Ms. Brown does not support her claims with sufficient facts to establish a claim or adequately explain what relief she is requesting. Ms. Brown's Complaint suffers from deficiencies that, if not corrected in an Amended Complaint, require dismissal. *See* Fed. R. Civ. P. 12(h)(3); 28 U.S.C. § 1915(e)(2)(B).

Accordingly, the Court hereby ORDERS that Plaintiff shall file an Amended Complaint **no later than twenty-one (21) days from the date of this Order**. In the Amended Complaint, Plaintiff must include all the elements of her existing Complaint (the parties, the causes of action, etc.) plus a short and plain statement of the facts giving rise to her causes of action and the relief she is requesting. It is not sufficient to refer to Labor and Industries Claims that are not in the record. Failure to file a timely Amended Complaint will result in dismissal of this case.

DATED this 18 day of September, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DIRECTING PLAINTIFF TO AMEND COMPLAINT - 2