UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARETHA DENISE BROWN, | Case No. C19-1287 RSM |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| AMAZON-FLEX/AMAZON.COM, INC., | |
| Defendant. | |

This matter comes before the court *sua sponte*. *Pro se* Plaintiff Aretha Denise Brown has been granted leave to proceed *in forma pauperis* in this matter. Dkt. #6. The Complaint was posted on the docket on September 17, 2019. Dkt. #7. On September 18, 2019, the Court issued an Order directing Ms. Brown to file an amended complaint within 21 days. Dkt. #10. The Order warned that failure to file a timely amended complaint "will result in dismissal of this case." *Id.* Ms. Brown has failed to file a timely amended complaint or otherwise communicate with the Court.

Ms. Brown brings this case against Amazon-Flex and/or Amazon.com, Inc. She alleges discrimination in employment in violation of Title VII of the Civil Rights Act of 1964 and the Americans with Disabilities Act ("ADA"), as well as misclassification of employment. However, the Complaint lacks a statement of facts, and the requested relief section refers to "all

damages as indicated in WA Labor + Industries Claims for Injury #ZB28234 + #137121 Wage etc." *See* Dkt. #7. There is no attached statement of facts.

The Court will dismiss a Complaint at any time if the action fails to state a claim, raises frivolous or malicious claims, or seeks monetary relief from a defendant who is immune from such relief. *See* 28 U.S.C. § 1915(e)(2)(B).

The Court's prior Order notified Ms. Brown of her failure to support her claims with sufficient facts to establish a claim or adequately explain what relief she is requesting. Dkt. #10. The Court now finds that Ms. Brown's Complaint suffers from deficiencies that require dismissal. *See* Fed. R. Civ. P. 12(h)(3); 28 U.S.C. § 1915(e)(2)(B).

Having reviewed the relevant briefing and the remainder of the record, the Court hereby finds and ORDERS:

    1)      Plaintiff's claims are DISMISSED.

    2)      All pending Motions are STRICKEN as moot.

    3)      This case is CLOSED.

DATED this 11th day of October 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 2